**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Tracey Anderson-O'Brien

      Plaintiff(s),

        V.

CIVIL ACTION NO. 1:24-11928-LTS

Sika Corporation

      Defendants(s).

**SETTLEMENT ORDER OF DISMISSAL**

Sorokin, D. J.

The Court having been advised on _____1/20/2026_____ that the above-entitled action has

been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                By the Court,

1/21/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk